IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sarumi, Moshood | Case Number: 05 B 04231 |
|---|---|---|
| | Sarumi, Kudirat | Judge: Goldgar, A. Benjamin |
| | Printed: 2/12/08 | Filed: 2/9/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 17, 2008
Confirmed: April 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 97,336.29 | |
| Secured: | | 12,383.50 |
| Unsecured: | | 77,930.86 |
| Priority: | | 0.00 |
| Administrative: | | 1,994.00 |
| Trustee Fee: | | 5,004.33 |
| Other Funds: | | 23.60 |
| Totals: | 97,336.29 | 97,336.29 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas W Drexler | Administrative | 1,994.00 | 1,994.00 |
| 2. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 3. | Sterling Inc | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 5. | Bank One | Secured | 0.00 | 0.00 |
| 6. | Glenview State Bank | Secured | 12,503.19 | 12,383.50 |
| 7. | Sterling Inc | Unsecured | 236.25 | 236.25 |
| 8. | U S Small Business Administration | Unsecured | 7,535.68 | 7,535.68 |
| 9. | Illinois Student Assistance Commission | Unsecured | 16,979.25 | 16,979.25 |
| 10. | RoundUp Funding LLC | Unsecured | 5,010.28 | 5,010.28 |
| 11. | Citibank USA | Unsecured | 1,522.89 | 1,522.89 |
| 12. | RoundUp Funding LLC | Unsecured | 279.25 | 279.25 |
| 13. | World Financial Network Nat'l | Unsecured | 921.73 | 921.73 |
| 14. | ECast Settlement Corp | Unsecured | 1,361.72 | 1,361.72 |
| 15. | Specialized Management Consultants | Unsecured | 363.59 | 363.59 |
| 16. | World Financial Network Nat'l | Unsecured | 683.46 | 683.46 |
| 17. | ECast Settlement Corp | Unsecured | 13,631.24 | 13,631.24 |
| 18. | Specialized Management Consultants | Unsecured | 419.51 | 419.51 |
| 19. | ECast Settlement Corp | Unsecured | 3,174.71 | 3,174.71 |
| 20. | ECast Settlement Corp | Unsecured | 5,291.20 | 5,291.20 |
| 21. | Discover Financial Services | Unsecured | 7,453.69 | 7,453.69 |
| 22. | Resurgent Capital Services | Unsecured | 347.74 | 347.74 |
| 23. | ECast Settlement Corp | Unsecured | 300.00 | 300.00 |
| 24. | ECast Settlement Corp | Unsecured | 1,361.72 | 0.00 |
| 25. | World Financial Network Nat'l | Unsecured | 700.18 | 700.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sarumi, Moshood  
Sarumi, Kudirat  
Printed: 2/12/08

Case Number: 05 B 04231  
Judge: Goldgar, A. Benjamin  
Filed: 2/9/05

| | | | | |
|---|---|---|---|---|
| 26. | Glenview State Bank | Unsecured | 0.00 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 10,961.19 | 10,961.19 |
| 28. | Bank One | Unsecured | 757.30 | 757.30 |
| 29. | Capital One | Unsecured | | No Claim Filed |
| 30. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 31. | Comp USA | Unsecured | | No Claim Filed |
| 32. | IDAPP | Unsecured | | No Claim Filed |
| 33. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 34. | Kay Jewelers | Unsecured | | No Claim Filed |
| 35. | J C Penney Card Bank N.A. | Unsecured | | No Claim Filed |

$ 93,789.77     $ 92,308.36

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 240.00 |
| 3% | 135.00 |
| 5.5% | 740.78 |
| 5% | 225.00 |
| 4.8% | 431.57 |
| 5.4% | 3,231.98 |

$ 5,004.33

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

